

# Fourth Court of Appeals
## San Antonio, Texas

February 19, 2020

No. 04-19-00696-CV

L. Prasad M. **VEMULAPALLI**, M.D. and Cardiovascular Associates of San Antonio, P.A.,
Appellants

v.

Charles **MOORE**, Individually and as Representative of the Estate of Cameron Moore,
Deceased,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-18998
Honorable Norma Gonzales, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Second Extension of Time to File Brief is hereby GRANTED. The appellee's brief is due on March 3, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court